Emily Jeffcott (pro hac vice)
MORGAN & MORGAN
220 W. Garden St. 9th Floor
Pensacola, FL 32502
Tel: 850-316-9100
Email: Ejeffcott@forthepeople.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Matthew Novak,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JUUL LABS, INC., PAX LABS, INC., ALTRIA GROUP, INC., PHILIP MORRIS USA, INC., ALTRIA GROUP DISTRIBUTION COMPANY, ALTRIA CLIENT SERVICES LLC., ALTRIA ENTERPRISES LLC., JAMES MONSEES, ADAM BOWEN, NICHOLAS PRITZKER, HOYOUNG HUH, RIAZ VIALANI, MOTHER MURPHY'S LABS, INC., ALTERNATIVE INGREDIENTS, INC., TOBACCO TECHOLOGY, INC., eLIQUITECH, INC., MCLANE COMPANY, EBY-BROWN COMPANY, LLC., CORE-MARK HOLDING COMPANY, INC.,** | **MDL Member Case No. 3:20-cv-08212**<br><br>**MDL Case No. 3:19-md-02913-WHO** |

**Defendants.**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff, Matthew Novak, in the above-captioned member case hereby dismisses his case without prejudice.

Dated: May 18, 2020

MORGAN & MORGAN, PA

*/s/ Emily Jeffcott*

Emily Jeffcott (pro hac vice)
MORGAN & MORGAN
220 W. Garden St. 9th Floor
Pensacola, FL 32502
Tel: 850-316-9100
Email: Ejeffcott@forthepeople.com

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on 18th day of May, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.